**Order entered April 22, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00113-CV

## GREAT HANS, LLC, Appellant

## V.

## LIBERTY LIFE SERVICE CORP. AND BRADFORD A. PHILLIPS,
**Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-05564**

### ORDER

Before the Court is appellant's written verification of payment for the clerk's record. Accordingly, we **ORDER** Dallas County District Clerk Felicia Pitre to file the clerk's record no later than May 6, 2020.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/     ERIN A. NOWELL
JUSTICE